Same case below, 374 Fed. Appx. 910.

**No. 10-3. Edward H. Flint, Petitioner v. Target Corporation.**

562 U.S. 889, 131 S. Ct. 227, 178 L. Ed. 2d 135, 2010 U.S. LEXIS 7051.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 362 Fed. Appx. 446.

**No. 10-4. Gary Hoffman, Petitioner v. Sandia Resort and Casino.**

562 U.S. 889, 131 S. Ct. 227, 178 L. Ed. 2d 135, 2010 U.S. LEXIS 6757.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of New Mexico denied.

Same case below, 148 N.M. 222, 232 P.3d 901.

**No. 10-5. Salih Hot, et ux., Petitioners v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 889, 131 S. Ct. 228, 178 L. Ed. 2d 135, 2010 U.S. LEXIS 6895.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 373 Fed. Appx. 193.

**No. 10-7. Joseph A. Fessler, et ux., Petitioners v. Kirk Sauer Community Development, City of Wilkes-Barre, et al.**

562 U.S. 889, 131 S. Ct. 228, 178 L. Ed. 2d 135, 2010 U.S. LEXIS 7081.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 362 Fed. Appx. 241.

**No. 10-9. Chris E. Bankston, et ux., Petitioners v. Internal Revenue Service.**

562 U.S. 889, 131 S. Ct. 229, 178 L. Ed. 2d 135, 2010 U.S. LEXIS 6691.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 357 Fed. Appx. 190.

**No. 10-11. Worldwide Network Services, LLC, et al., Petitioners v. DynCorp International LLC.**

562 U.S. 889, 131 S. Ct. 224, 178 L. Ed. 2d 135, 2010 U.S. LEXIS 7088.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 365 Fed. Appx. 432.

**No. 10-12. Jo Carol Alford, Individually and as Executrix of the Estate of Arthur Randall Alford, Deceased, Petitioner v. Mississippi Division of Medicaid.**

562 U.S. 889, 131 S. Ct. 224, 178 L. Ed. 2d 135, 2010 U.S. LEXIS 7001.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Mississippi denied.

Same case below, 30 So. 3d 1212.